AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Tara Osborne, et. al.,

Case Number:   1:01-cv-00896

V.

National Union Fire Insurance Company, et. al.,

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that a STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Room 838 |
| 100 East Fifth Street | **DATE AND TIME** |
| Cincinnati, Ohio 45202 | MARCH 10, 2004 at 9:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Brett Goodson, Esq.     Dale Cook, Esq.     Joseph Gelwicks, Esq.

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.