```
              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

TARA OSBORNE, et al.            :
                                :   NO. 1:01-CV-00896
    Plaintiffs,              :
                                :
                                :   **ORDER**
  v.                            :
                                :
                                :
NATIONAL UNION FIRE             :
    INSURANCE CO. et al.,    :
                                :
    Defendants.              :

On March 10, 2004, the Court held a status conference in the instant action. On November 19, 2002, this Court stayed all proceedings in this case as a result of a pending underlying bankruptcy action (doc. 15). At the status conference, however, counsel for both parties represented that the bankruptcy proceedings had progressed to the point where it was appropriate to lift the stay in this case and allow it to proceed. Upon this representation and the subsequent discussion of the status of the case, the Court agrees.

Accordingly, the stay previously entered in this case (doc. 15) is hereby VACATED. The current schedule in this case (doc. 9) is hereby VACATED. All discovery in this case must be completed by October 1, 2004, and any dispositive motions must be filed on or before November 1, 2004. The Court hereby SCHEDULES a final pretrial conference in the instant action for January 13 , 2005 at 2:00 p.m. Trial of the instant case is hereby SCHEDULED to

commence on March 8, 2005 at 9:30 a.m. on an on-deck basis.  All remaining provisions of this Court's preliminary pretrial order (doc. 9) remain in full effect.

       SO ORDERED.

Dated: March 11, 2004        s/S. Arthur Spiegel
                                    S. Arthur Spiegel
                                    United States Senior District Judge

```
J:\DOCUMENT\Jeff\Scheduling Orders\Osbourne 01-896 3-10-04 Order
Setting New Schedule.wpd
```