## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| TARA OSBORNE, | : | Case No.:   1:01-cv-00896 |
| Plaintiff, | : | Judge S. Arthur Spiegel |
| vs. | : | **AGREED ORDER** |
| NATIONAL UNION FIRE INSURANCE COMPANY, et al., | : | |
| Defendants. | : | |

Come now the parties, by and through counsel, and with the approval of the Court, enter into the following stipulations and Agreed Order.

The Ohio Insurance Guaranty Association is hereby substituted for Reliance Group Holding, Inc. d/b/a Reliant Insurance Company as a party Defendant in the within action. National Union Fire Insurance Co. and AIG Technical Services, Inc. are hereby dismissed without prejudice from this action. The Ohio Insurance Guaranty Association acknowledges it has coverage in the place of Reliance Insurance Company policy VQ 8606737 in an amount in excess of $250,000 (paid by the tortfeasor's carrier and Warsau Insurance Company) up to $300,000 for a total exposure to the OIGA of $300,000, without waiver of any exhaustion or set-offs provided by statutes such as other insurance and collateral sources.

The discovery cut-off date and the date for dispositive motions are hereby continued to December 31, 2004. The Final Pretrial Conference will remain as scheduled on January 13, 2005 at 2:00 p.m. The trial remains scheduled to commence on March 8, 2005 at 9:30 a.m. on an on-deck basis.

    **SO ORDERED:**

Dated: October 4, 2004    s/S. Arthur Spiegel
                                                                        S. Arthur Spiegel
                                                                        United States Senior District Judge

| | |
|---|---|
| **Per telephone authorization**<br>**s/ Brett Goodson**<br>Brett Goodson        (0023163)<br>Attorney for Plaintiffs<br>110 East Eight Street, Suite 200<br>Cincinnati, Ohio  45202<br>(513) 621-5631 (telephone)<br>(513) 621-3855 (facsimile) | **s/Joseph W. Gelwicks**<br>Joseph W. Gelwicks        (0027108<br>Attorney for Defendant Reliance Group Holding, Inc.<br>RENDIGS, FRY, KIELY & DENNIS, LLP<br>One West Fourth Street, Suite 900<br>Cincinnati, Ohio  45202<br>(513) 381-9211 (telephone)<br>(513) 381-9305 |
| **Per telephone authorization**<br>**s/Dale D. Cook**<br>Dale D. Cook        (0020707)<br>Attorney for National Union Fire Insurance Company of Pittsburgh, PA<br>300 Spruce Street, 1st Floor<br>Columbus, Ohio  43215<br>(614) 221-5216 | |