# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Tara Osborne, et. al.,

Case Number:  1:01-cv-00896

V.

National Union Fire Insurance Company, et. al.,

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>JANUARY 13, 2005 at 2:00 PM |

SPECIAL INSTRUCTIONS:

1.  **Three-day Jury Trial set for 3/8/05 at 9:30 am, Courtroom 842.**

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Brett Goodson, Esq.     Joseph Gelwicks, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.