UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
TARA OSBORNE, et al.,         :
                              :   NO. 1:01-CV-00896
        Plaintiffs,           :
                              :
                              :   ORDER
    v.                        :
                              :
                              :
NATIONAL UNION FIRE           :
    INSURANCE CO., et al.,    :
                              :
        Defendants.           :
```

On January 7, 2005, Defendant Ohio Insurance Guaranty Association moved for a continuance of the final pretrial conference in this action currently scheduled for January 13, 2005 (doc. 20). The Defendant maintains that certain information sought in discovery has not yet been obtained and that it should be available within the next month, allowing it to perform a "final evaluation" of the Plaintiffs' claims (Id.)

Upon review, the Court finds this motion well founded. Accordingly, Defendants Motion To Continue Pretrial (doc. 20) is GRANTED. The final pretrial conference currently scheduled in this action (doc. 19) is hereby VACATED. The final pretrial conference

is hereby RESCHEDULED to commence on February 16, 2005 at 9:30 a.m. The trial date currently scheduled in the instant case remains.

  SO ORDERED.


Dated: January 11, 2005  /s/ S. Arthur Spiegel
            S. Arthur Spiegel
            United States Senior District Judge